```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| VINO 100, LLC, et al. | : | CIVIL ACTION |
| v. | : | |
| SMOKE ON THE WATER, LLC, et al. | : | NO. 09-4983 |

ORDER

AND NOW, this 30th day of March, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs Vino 100, LLC and The Tinder Box International, Ltd. for summary judgment (Doc. #53) is GRANTED in part and DENIED in part;

(2) the motion of plaintiff The Tinder Box International, Ltd. for summary judgment on Counts I and II of the complaint (Doc. #53) is GRANTED in the amount of $69,458.55 against defendants Smoke on the Water, LLC, Thomas Slaterbeck, and Jane Slaterbeck, jointly and severally;

(3) the motion of plaintiffs Vino 100, LLC and The Tinder Box International, Ltd. for summary judgment on Counts III and IV of the complaint (Doc. #53) is GRANTED in the amount of $73,889.61 in past-due royalties and $12,000 in contract termination fees for a total of $85,889.61 against defendants Smoke on the Water, LLC, Thomas Slaterbeck, and Jane Slaterbeck, jointly and severally;

      (4)  the motion of plaintiffs Vino 100, LLC and The Tinder Box International, Ltd. for summary judgment on Counts III and IV of the complaint (Doc. #53) is DENIED to the extent plaintiffs seek royalties due after October 16, 2009, interest of 18% per annum on past-due royalties, and attorney's fees;

      (5)  the motion of plaintiff The Tinder Box International, Ltd. for summary judgment on Count V of the complaint (Doc. #53) is GRANTED as to the issue of liability;

      (6)  the motion of plaintiff The Tinder Box International, Ltd. for summary judgment on Count V of the complaint (Doc. #53) is DENIED as to the issue of damages;

      (7)  the motion of plaintiffs Vino 100, LLC and The Tinder Box International, Ltd. for summary judgment on Count VI of the complaint (Doc. #53) is GRANTED as to the issue of liability;

      (8)  the motion of plaintiffs Vino 100, LLC and The Tinder Box International, Ltd. for summary judgment on Count VI of the complaint (Doc. #53) is DENIED as to the issue of damages; and

      (9)  the motion of Vino 100, LLC and The Tinder Box International, Ltd. for summary judgment on Counts I and VII of the counterclaim of Smoke on the Water, LLC, Thomas Slaterbeck, and Jane Slaterbeck (Doc. #53) is GRANTED.

                                          BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                                 J.